IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES McLAURIN                                                                                        PLAINTIFF

v.                                          NO.  3:04CV00321 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                            DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE